IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMES L. ANTHONY,

      Appellant,

 v.

Case No.  5D22-449
LT Case No. 2021-30783-CICI

DEPARTMENT OF CORRECTIONS
AND STATE OF FLORIDA,

      Appellees.
_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Volusia County,
Mary G. Jolley, Judge.

James L. Anthony, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona
Beach, for Appellee.

No appearance for remaining Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.